*LODGED - EASTERN DIVISION CLERK, U.S. DISTRICT COURT*
*JUN 1 6 2009*
*CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE OLIVAS,<br><br>            Petitioner,<br><br>      vs.<br><br>M. A. MUNTZ, Warden,<br><br>            Respondents. | Case No. CV 06-7030-JSL (OP)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, *de novo*. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) denying the Petition and dismissing this action
3 with prejudice.

5 DATED: 8/31/09

*Spencer Letts*
HONORABLE J. SPENCER LETTS
Senior United States District Judge

8 Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge